# Ex parte Bennefield.

## *Writ of Error.*

(Decided May 21, 1908.

*Appeal and Error; Judgment; Amendment of.*—The defendant was indicted in the county court of Cleburne county and his cause transferred to the circuit court of said county where a conviction was had. On the refusal of the circuit court to grant a motion in arrest of judgment on account of the want of jurisdiction in that court, he appealed to this court and obtained a reversal and a remandment of his cause to the county court for trial. Pending the appeal the county court was abolished and all cases therein transferred by legislative enactment to the circuit court, whereupon, he petitioned for a writ of error. Held, under the above facts that the order remanding the cause to the county court be recalled, and the petition granted to the extent of setting aside the former conviction, but an order is entered requiring the cause to remain upon the docket of the circuit court.

Original petition in the Supreme Court.

John Bennefield was convicted of selling liquor without a license, and appealed. On reversal, the cause was remanded to the county court. The county court having been abolished pending the appeal, he petitions for a writ of error, etc. Writ granted, and former judgment recalled and amended.

Petitioner was indicted in the county court of Cleburne county for selling liquor without a license, and his case transferred to the circuit court of that county, under Loc. Acts 1900, p. 507, amending Act Feb. 16, 1897 (Acts 1897, p. 802). On conviction, he moved in arrest of judgment on the ground that the circuit court lacked jurisdiction; the act permitting the transfer being void, never having been referred to or acted on by a standing committee of the house which passed it. The motion was denied, and he appealed, and obtained a reversal; the cause being remanded to the county court. Pending the appeal the act establishing the county court of Cleburne county was repealed, and all cases pending therein were transferred to the circuit court of that county. Bennefield thereupon petitioned for a writ of error, etc.

McCarty and Merrill, for appellant. No brief came to the Reporter.

Alexander M. Garber, Attorney-General, for the State.

SIMPSON, J.—Inasmuch as it is made to appear to the court that since the filing of this record the act establishing the county court of Cleburne county has been repealed, and the cases pending on the docket of said court having been transferred to the circuit court of said county, the former order made in this case is recalled and annulled; and a judgment will be here entered,

[Young v. The State.]

granting the petition to the extent of setting aside the conviction, but ordering that the case do now remain on the docket of the circuit court of said county of Cleburne.

TYSON, C. J. and HARALSON and DENSON, JJ., concur.